No. P66/139.—Polks Model Craft Hobbies, Inc. v. United States, protest 64/4737 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.

No. P66/140.—A. N. Deringer, Inc. v. United States, protest 64/15364 (Ogdensburg).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of testers similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.

No. P66/141.—Castelazo & Associates and Marshall Mc Murray Co. v. United States, protest 58/10175 (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of brass pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.

No. P66/142.—W. T. Grant Co. et al. v. United States, protests 64/4407, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.